UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
(FORT MYERS DIVISION)

| | |
|---|---|
| GREENWOOD VILLAS TOWNHOME OWNER'S ASSOCIATION, INC.,<br><br>Plaintiff,<br><br>v.<br><br>VANTAGE RISK SPECIALTY INSURANCE COMPANY,<br><br>Defendant. | CASE NO. _____ |

### DEFENDANT, VANTAGE RISK SPECIALTY INSURANCE COMPANY'S, PETITION FOR REMOVAL AND INCORPORATED MEMORANDUM OF LAW

Defendant, VANTAGE RISK SPECIALTY INSURANCE COMPANY ("Vantage Risk"), a Delaware corporation, by and through the undersigned counsel and pursuant to 28 U.S.C. §§1332, 1441 and 1446, respectfully requests that this Court remove the instant action styled *Greenwood Villas Townhome Owner's Association, Inc. v. Vantage Risk Specialty Insurance Company*, Case No. 2023-CA-12602 from the Circuit Court of the Twentieth Judicial Circuit in and for Lee County, Florida to the United States District Court for the Middle District of Florida. In support of the petition, Vantage Risk states the following:

1. Vantage Risk is the defendant in the civil action for breach of contract and damages filed in the Circuit Court of the Twentieth Judicial Circuit in and for Lee County, Florida.

2. Lee County, Florida is within the Middle District of Florida.

3. This action is one for breach of contract and damages pursuant to a policy of insurance issued by Vantage Risk.

4. According to the Complaint, Defendant issued a policy of insurance to Plaintiff, Greenwood Villas Townhome Owner's Association, Inc., at 7135, 7139, 7143, 7147, 7153, 7157, 7161, 7165, 7169 Greenwood Park Circle, Fort Myers, Florida 33967, identified as Policy No. ICF1003828 effective June 9, 2022 to June 9, 2023.

5. Plaintiff made a claim for damages, allegedly resulting from Hurricane Ian on September 28, 2022. Vantage Risk investigated the claim under claim number: 5500440286.

6. Pursuant to 28 U.S.C. §1446(a) and Local Rule 1.06(b), a true and correct copy of all process, pleadings, and other orders served upon Vantage Risk will be filed contemporaneously with this Petition.

**GROUNDS FOR REMOVAL**

7. On or about November 13, 2023, Plaintiff, GREENWOOD VILLAS TOWNHOME OWNER'S ASSOCIATION, INC. ("Plaintiff"), filed a Summons

and Complaint styled as *Greenwood Villas Townhome Owner's Association, Inc. v. Vantage Risk Specialty Insurance Company*, in the Circuit Court of the Twentieth Judicial Circuit in and for Lee County, Florida, bearing Case Number 2023-CA-12602. *See* Complaint, attached hereto as **Exhibit 1.**

8. Vantage Risk, the sole defendant named in the Complaint, was served with Plaintiff's Summons and Complaint on or about November 20, 2023. *See* Notice of Service of Process, attached hereto as **Exhibit 2**.

9. The United States District Court for the Middle District of Florida is the Court encompassing the place wherein such action is pending in state court.

10. This case is removable under 28 U.S.C. §1441(a) because this is an action of a civil nature in which the District Courts of the United States have been given original jurisdiction under 28 U.S.C. §1332. The amount in controversy exceeds $75,000, exclusive of interest and costs and there is complete diversity between Plaintiff and Vantage Risk in this action because Plaintiff is and was a citizen of Florida and Vantage Risk is a Delaware corporation with a principal place of business in Chicago, Illinois. Removal of this case on the basis of diversity of citizenship is not precluded by the provisions of 28 U.S.C. §1441(b) because none of the parties in interest properly joined and served as defendant in this action is a citizen of the State of Florida, in which this action was brought.

## DIVERSITY OF CITIZENSHIP

11. At all material times, Plaintiff is and was a Florida Not For Profit Corporation with its principal place of business located in Bonita Springs, Florida. Plaintiff is and was a citizen of Florida.

12. At all material times, Vantage Risk is and was a Delaware corporation that maintains its principal place of business in Chicago, Illinois. As such, Vantage Risk is a foreign corporation doing business in Florida and is not a Florida corporation or citizen of Florida.

13. Accordingly, there is complete diversity between Plaintiff and Vantage Risk and this action may be removed to this Court by Vantage Risk, as this Court possesses removal jurisdiction under 28 U.S.C. §1441.

14. Moreover, this Court has original jurisdiction of this action under 28 U.S.C. §1332.

## AMOUNT IN CONTROVERSY

15. Pursuant to 28 U.S.C. §1332, district courts shall have original jurisdiction of all civil actions between citizens of different states where the amount in controversy exceeds the sum or value of $75,000.

16. The property insurance limits of the subject policy well exceed $75,000; in fact, the limit of insurance for the buildings located at 7135, 7139, 7143,

7147, 7153, 7157, 7161, 7165, 7169 Greenwood Park Circle, Fort Myers, Florida 33967 is $7,725,240. *See* **Exhibit 1.**

17. The present lawsuit involves a dispute as to whether Vantage Risk had an obligation to extend coverage and pay for the instant claim made for the property damage.

18. Based on the Plaintiff's sworn statement in proof of loss, Vantage Risk Specialty Insurance Company has a good faith basis to believe that the amount in controversy exceeds $75,000, as Vantage Risk Specialty Insurance Company has not issued any payments to Plaintiff for this claim to date and Plaintiff purports to be seeking $2,451,612.12. *See* **Exhibit 3** for the Sworn Statement in Proof of Loss.

19. Additionally, Plaintiff provided a Notice of Intent to Initiate Litigation which similarly demanded $2,449,612.00, exclusive of attorneys' fees. *See* **Exhibit 4**.

## TIMELINESS OF REMOVAL

20. Vantage Risk has filed this Petition for Removal within 30 days of being served with the Complaint which gave basis for removal. *See* 28 U.S.C. §1446(b).

21. In accordance with 28 U.S.C. §1446(b), Vantage Risk filed the instant Petition within one year from the date that the Complaint was filed.

22. Pursuant to 28 U.S.C. §1446(d), Vantage Risk will give prompt notice upon filing of this Petition of Removal to all parties of record and to the Clerk of the Circuit Court of the 20th Judicial Circuit in and for Lee County, Florida.

## PROPER VENUE

23. Vantage Risk seeks to remove this action to the United States District Court to the Middle District of Florida.

24. Venue is proper in this district under 28 U.S.C. §1441(a) because it encompasses the place where the removed action is pending.

## MEMORANDUM OF LAW

Pursuant to the provisions of 28 U.S.C. §1332(a)(1):

> The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interests and costs, and is between citizens of different states...

28 U.S.C. §1441 reads, in relevant part, as follows:

> (a) Except as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States to the district and division embracing the place in which such action is pending.
>
> (b) Any civil action of which the district courts have original jurisdiction founded on a claim on a claim or right arising under the Constitution, treaties or laws of the United States shall be removable without regard to the citizenship or residents of the parties. Any other such action shall be removable only if none of the parties in

interest properly joined and served as defendants is a citizen of the State in which such action is brought.

This action meets all of the requirements for removal from state court to federal court. This is an action between citizens of different states, the amount in controversy exceeds this Court's jurisdictional threshold of $75,000, and Vantage Risk's Petition for Removal was timely filed.

WHEREFORE, Defendant, VANTAGE RISK INSURANCE COMPANY, a foreign corporation, respectfully asks that the above-referenced action pending in the Circuit Court of the Twentieth Judicial Circuit in and for Lee County, Florida be removed to the United States District Court for the Middle District of Florida.

Dated: December 18, 2023

          Respectfully submitted,

          **ZINOBER DIANA & MONTEVERDE, P.A.**

          */s/ Michael Monteverde*
          Michael A. Monteverde, Esquire
          Florida Bar No. 48154
          *Counsel for Defendant*
          2400 E. Commercial Blvd., Suite 420
          Phone: 954-256-9288
          Email: michael@zinoberdiana.com
             karla@zinoberdiana.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed on December 18, 2023, via CM/ECF which, in turn, sent an electronic notice of filing and link to access the document to all counsel of record.

/s/ Michael A. Monteverde
Michael A. Monteverde, Esq.
Florida Bar No. 45184